IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02598-BNB

KENNETH EDWARD BARBOUR,

    Plaintiff,

v.

U.S. ATTORNEY GENERAL,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2011

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

In an order filed on January 12, 2011, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Plaintiff has failed to pay the filing fee within the time allowed and he has failed to respond in any way to the Court's January 12 order. Therefore, the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the filing fee as directed.

DATED at Denver, Colorado, this 22nd day of February, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02598-BNB

Keith Edward Barbour
Prisoner No. 105059
Red Onion State Prison
10800 H. Jack Rose Highway
P.O. Box 970
Pound, VA 24279

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on February 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk